Kathlyn Selleck
Chapter 7 Trustee
PO Box 315396
Tamuning GU 96931
671-689-8380
cetguam@gmail.com

F I L E D
Clerk
District Court
APR 25 2024
for the Northern Mariana Islands
By_____ JP _____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

(BANKRUPTCY DIVISION)

| | | |
|---|---|---|
| In re ) | | Case No. 24-00001 |
| ) | | (Chapter 7) |
| Ambrose M. Bennett ) | | |
| ) | | |
| Debtor, ) | | Judge: Hon. Ramona Manglona |
| ) | | |

MINUTES OF SECTION 341(a) MEETING

The continued meeting of creditors, pursuant to 11 U.S.C. 341(a), was conducted on 4/25/2024.

Pro Se Debtor was excused. The meeting has been closed.

DATED: April 23, 2024        /s/ *Kathlyn Selleck,*
                             Chapter 7 Trustee